# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:08CR260-R

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | **O R D E R** |
| ) | |
| REGINALD LAMAR DAVIS, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's "Motion To Suppress Evidence" (document# 7) filed March 26, 2009. Before a hearing is scheduled on Defendant's motion, counsel will be required to meet <u>in person</u> to discuss their respective positions, including the possibility of a mutually acceptable plea agreement. Thereafter, unless Defendant explicitly withdraws his motion, the undersigned will require a written response from the Government.

**NOW THEREFORE**, in the interest of the fair and efficient administration of justice:

1. Counsel shall meet <u>in person</u> **on or before Friday, April 10, 2009,** to discuss their respective positions-–both regarding a fair and appropriate disposition of the charges generally, and regarding Defendant's Motion To Suppress in particular.

2. Unless Defendant has withdrawn his Motion to Suppress **on or before Friday, April 17, 2009**, the Government shall prepare and file a written response to Defendant's contentions on that date.

3. If the "Motion to Suppress" is <u>not</u> withdrawn, a hearing shall be held thereon on **Friday, April 24, 2009, at 10:00 a.m.**, in the U.S. Magistrate Judge's Courtroom, First Floor, U.S. Courthouse, 401 W. Trade Street, Charlotte, N.C.

4. The Clerk is directed to send a copy of this Order to defense counsel; AUSA Williams; and to the Honorable Martin K. Reidinger.

**SO ORDERED.**

Signed: April 3, 2009

David S. Cayer
United States Magistrate Judge